THE PHENIX NATIONAL BANK, Appellant, *v.* JOHN R. KEIM, as Assignee of THOMAS H. SPAULDING and WILLIAM H. CROSBY, Appellant, and THOMAS H. SPAULDING et al., Respondents.

*Phenix Nat. Bank* v. *Keim,* 69 App. Div. 201, affirmed.
(Argued June 15, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1902, upon an order reversing an interlocutory and final judgment in favor of appellants herein and dismissing the complaint.

*Charles E. Rushmore* and *Forsythe Wickes* for appellants.

*Norris Morey* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., BARTLETT and CULLEN, JJ.

---

WARREN B. AGAN, Respondent, *v.* JOHN S. BARRY, Appellant.

*Agan* v. *Barry,* 66 App. Div. 101, affirmed.
(Argued June 15, 1903; decided June 25, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 19, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Charles I. Webster* for appellant.

*W. W. Morrill* and *William H. Hollister, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.